## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV16-2522-CAS(AFMx) | Date | August 3, 2016 |
|---|---|---|---|
| Title | United African-Asian Abilities v. Toluca Lake Terrace, LLC | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 17, 2016**, why this action should not be dismissed for lack of prosecution as to **defendants TOLUCA TERRACE, LLC; and DOTTIE HUBRICH.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.

The Order to Show Cause will stand submitted upon the filing of briefs. Plaintiff is advised that the Court will consider the following:

1) Plaintiff's filing of a proof of service as to **defendants TOLUCA TERRACE, LLC; and DOTTIE HUBRICH**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CL |